IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARCELLA HOLLOMAN, | * | |
| *Plaintiff*, | * | |
| v. | * | No: 1:14-cv-01516-CCB |
| STEPHANIE RAWLINGS-BLAKE, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT GREGG L. BERNSTEIN'S
## MOTION TO DISMISS THE COMPLAINT

For the reasons stated in the accompanying memorandum, defendant Gregg L. Bernstein moves to dismiss the complaint filed by plaintiff Marcella Holloman, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim on which relief can be granted.  A proposed Order is attached.

                                                                           Respectfully submitted,

                                                                           DOUGLAS F. GANSLER
                                                                           Attorney General of Maryland

                                                                           _____/s/_____
                                                                           JENNIFER L. KATZ, Bar No. 28973
                                                                           Assistant Attorney General
                                                                           Office of the Attorney General
                                                                           Civil Division
                                                                           200 St. Paul Place, 20th Floor
                                                                           Baltimore, Maryland 21202
                                                                           (410) 576-7005 (tel.); (410) 576-6955 (fax)
                                                                           jkatz@oag.state.md.us

Dated: July 22, 2014                       Attorneys for Defendant Gregg L. Bernstein

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, a copy of the foregoing, which was electronically filed in this case on July 22, 2014, was mailed, first-class postage-prepaid, to Marcella Holloman, 3531 Elmora Avenue, Baltimore, Maryland 21213.

/s/
_____

Jennifer L. Katz
Bar No. 28973