IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MARCELLA HOLLOMAN, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:14-cv-01516-CCB |
| MAYOR STEPHANIE RAWLINGS-BLAKE, et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS MAYOR AND CITY COUNCIL OF BALTIMORE'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants, Baltimore City Mayor Stephanie Rawlings-Blake, Baltimore City Council President Bernard "Jack" Young, Councilman James B. Kraft, Councilman Brandon Scott, Councilman Robert Curran, Councilman Bill Henry, Councilwoman Rochelle "Rikki" Spector, Councilwoman Sharon Green Middleton, Councilman Nick Mosby, Councilwoman Helen Holton, Councilman William "Pete" Welch, Councilman Edward Reisinger, Councilman William Cole, Councilman Carl Stokes, Councilman Warren Branch, and Councilwoman Mary Pat Clarke (collectively "Mayor and City Council"), by undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6) for this Honorable Court to dismiss the Complaint against the Mayor and City Council with prejudice and without leave to amend for the following reasons:

1. The Complaint fails to state a claim and cannot state a claim upon which relief can be granted against the Mayor and City Council.

2. As a matter of Maryland law, the Baltimore Police Department ("BPD") is a State

agency, not an agency of the City.

3. The officers of the BPD are not agents, servants, or employees under the direction of the Mayor and City Council.

4. As a matter of Maryland law, the Mayor and City Council does not have legal control over the BPD, its policies, practices, customs, officers, or employees.

5. Absent such control, which is absent as a matter of law, none of the allegations contained in the Amended Complaint ascribing actions and/or inactions to the BPD and its officers provide a basis for any kind of liability against the Mayor and City Council.

6. The BPD is a governing entity separate and apart from the Mayor and City Council.

7. Baltimore City's charter explicitly prohibits the Mayor and City Council from interfering with the power vested in the Police Commissioner to run the BPD.

8. And for the reasons set forth in the accompanying Memorandum of Law, incorporated herein by reference.

WHEREFORE, the Mayor and City respectfully requests that this Honorable Court dismiss the Amended Complaint against them with prejudice and without leave to amend.

Respectfully submitted,

/s/
Christopher R. Lundy
Federal Bar No.: 29888
Assistant Solicitor
Baltimore City Law Department
100 N. Holliday Street, LL 06
Baltimore, Maryland 21202
(410) 396-1424

(410) 547-1025 (f)
christopher.lundy@baltimorecity.gov
*Attorney for Defendants Mayor and City*
*Council of Baltimore*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 25th day of July, 2014, that a true copy of the foregoing Motion to Dismiss Plaintiff's Amended Complaint was filed in accordance with the electronic filing requirements and procedures as established by the U.S. District Court for the District of Maryland and was served via first-class mail, postage prepaid upon:

Baltimore City State's Attorney Gregg L. Bernstein, Esq.
120 East Baltimore St.
9th Floor
Baltimore, Maryland 21202

Commissioner Anthony Batts
Baltimore Police Department
Legal Affairs Division
242 W. 29th Street
Baltimore, Maryland 21211

Officer Paul Markowski
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211

Officer Gregory Bragg
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211

              Respectfully submitted,

              _____/s/_____
              Christopher R. Lundy
              Federal Bar No.: 29888
              *Attorney for Defendants Mayor and City*
              *Council of Baltimore*