## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 25th day of July, 2014, that a true copy of the foregoing Memorandum of Law In Support of Defendant Mayor and City Council's Motion to Dismiss Plaintiff's Amended Complaint was filed in accordance with the electronic filing requirements and procedures as established by the U.S. District Court for the District of Maryland and was served via first-class mail, postage prepaid upon:

Marcella Holloman
3531 Elmora Avenue
Baltimore, Maryland 21213

Baltimore City State's Attorney Gregg L. Bernstein, Esq.
120 East Baltimore St.
9th Floor
Baltimore, Maryland 21202

Commissioner Anthony Batts
Baltimore Police Department
Legal Affairs Division
242 W. 29th Street
Baltimore, Maryland 21211

Officer Paul Markowski
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211

Officer Gregory Bragg
Baltimore Police Department
242 W. 29th Street
Baltimore, Maryland 21211

                                                Respectfully submitted,

                                                _____/s/_____
                                                Christopher R. Lundy
                                                Federal Bar No.: 29888
                                                *Attorney for Defendants Mayor and City Council of Baltimore*