IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARCELLA HOLLOMAN | * |
| | * |
|    Plaintiff, | |
| | * |
| v. | Civil Case No:  1:14-cv-01516-CCB |
| | * |
| GREGORY BRAGG | |
| ET AL. | * |
| | |
|    Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT GREGORY BRAGG'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Gregory Bragg ("Defendant"), by his undersigned counsel, Warren N. Weaver, Peter W. Sheehan, Jr., and Whiteford, Taylor & Preston L.L.P., hereby files his Answer to Plaintiffs' Complaint and states:

Plaintiff's Complaint does not include separately-numbered paragraphs containing allegations of fact. Therefore, Defendant cannot respond allegation by allegation. Accordingly, Defendant generally denies the allegations in Plaintiff's Complaint.

### DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred by the doctrine of qualified immunity.

3. Plaintiff's claims are barred by the doctrine of assumption of risk.

4. Plaintiff's claims are barred by the applicable statute of limitations.

5. Plaintiff's claims are barred by payment.

6. Plaintiff's claims are barred by release.

7. Plaintiff's claims are barred by res judicata and/or collateral estoppel.

8. Plaintiff's claims are barred by estoppel.

9. Plaintiff's claims are barred because they failed to provide the required notice under the law.

10. Plaintiff failed to join a required, necessary, and/or indispensable party.

11. Plaintiff's claims are subject to the statutory non-economic damages cap.

12. Plaintiff's claims are barred by contributory negligence, superseding causation, and/or intervening causation.

13. Defendant committed no acts or omissions that breached any duty owed to Plaintiffs or violated any of Plaintiff's legal rights.

14. Defendant reserves the right to amend this Answer to add any other affirmative or negative defenses available in law or fact.

Respectfully submitted,

*/s/ Peter W. Sheehan, Jr.*
**Warren N. Weaver, Bar No.: 03600**
**Peter W. Sheehan, Jr., Bar No.: 29310**
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
***Attorneys for Defendant Greggory Bragg***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of August, 2014, a copy of Defendant Gregory Bragg's Answer to Plaintiffs' Complaint was served via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, to all counsel of record and mailed to Plaintiff Marcella Holloman, 3531 Elmora Avenue, Baltimore, MD 21213

                            */s/ Peter W. Sheehan, Jr.*
                            Peter W. Sheehan, Jr.

*2105604*