MOTHER

Personal Information
Form 452/05

**POLICE DEPARTMENT**
**BALTIMORE, MARYLAND**
**PERSONAL INFORMATION**

CC # 124E9353
Case #

Name: HOLLOMAN, Marcella    Nickname(s): —
Address (complete): 3531 Elmora Ave  (10 yrs)
Phone: [redacted]    Cellular/pager: [redacted]
Race: #1    Sex: F    DOB: [redacted]    Age: 51
Height: ___    Weight: ___    Complexion: MED    Eye Color: Br    Glasses: ☐YES ☐NO
Hair Color/Style: ___    Facial Hair/Type: ___
SS#: ___    Tattoos/Scars/Piercings: ___
Additional Descriptors: ___
Read: ☒YES ☐NO    Write: ☒YES ☐NO    Primary Hand: ☐Right ☐Left
Education: 12th    Last School Attended: Douglas
Sobriety: ☐Sober ☐Under Influence ☐Intoxicated    Substance: ☐Alcohol ☐CDS ☐Other: ___
Clothing Description: Red White Blue Dress
Injuries (describe/photograph): ___
Employer: University of Maryland Hospital    Schedule (days/hours): 7PM - 7AM
Employer Address: 100 S. Green St.    Phone: 410 328 3566

**ASSOCIATED PERSONS** (use reverse for additional persons)

Name: Margaret L. Holland    Relationship: ☐Boyfriend ☐Relative: ☐Girlfriend ☐Other (describe): Daughter
Address: 3531 Elmora Ave    Phone/Cellular: UNK.

Name: Yvonne Joyner    Relationship: ☐Boyfriend ☐Relative: ☐Girlfriend ☐Other (describe): Sister
Address: 3616 Clark Lane    Phone/Cellular: UNK

Name: ___    Relationship: ☐Boyfriend ☐Relative: ☐Girlfriend ☐Other (describe): ___
Address: ___    Phone/Cellular: ___

Name: ___    Relationship: ☐Boyfriend ☐Relative: ☐Girlfriend ☐Other (describe): ___
Address: ___    Phone/Cellular: ___

Other Person Living at Contact's Address: ___    Relationship: ___
Other Person Living at Contact's Address: ___    Relationship: ___

Officer/Detective: BURNS    Seq. No.: F380    Assignment: HOMICIDE
Officer/Detective: ___    Seq. No.: ___    Assignment: ___
Location: ___    Date: ___    Time: ___

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

Good Evening it's the 19th of May 2012 at 6:08 in the evening. My name is detective Robert Burns. I am here interviewing a Ms. Marcella Holl...Hollman in reference to a police involved shooting that occurred on todays date. Ah dispatched time was 1716hours undere central complaint number 124E as Edward 9353. This incident occurred at the 3529 Elmora Avenue, Baltimore City state of Maryland.

| | |
|---|---|
| Det. Burns: | Um Ms. Marcella, um I'm sorry Ms. Marcell....Marcella could you ah state your full, date of birth and address please? |
| Ms. Holloman: | My name Marcella Holloman, 3531 Elmora Avenue, Baltimore, Maryland 21213. |
| Det. Burns: | Okay. Um and ah Ms. Holloman in your own words what you observed, what happened today? |
| Ms. Holloman: | Today we was out having a birthday party in my backyard for my granddaughter. And my son, we all out back and we heard a big um splash like something broke, something heavy fell something. So I went in the house and when I went upstairs in my son room he had busted his mirror on the wall and busted his tv on his nightstand. |
| Det. Burns: | Okay. |
| Ms. Holloman: | And I asked him why did you do that? He was like it's mines I can bust it if I want to. I was like yeah but it's in my house. You can't be in her busting up stuff in my house. And then I told him you we, we need to take you that we need to go to the hospital cause you need to get some medicine for your psychic abuses this stuff is getting out of hand. And he gonna say well you called the police the last time why don't you call the police this time. So I said why I got to call the police take you to the hospital. Why can't you just, why can't we just go after Jada's birthday party. And then I went back downstairs and went outside to try to continue with the birthday party and then my daughter went upstairs cause I didn't want a come out loud with it so I told her to come here. And we putting ice cream in the refrigerator, in the freezer and then the um she go upstairs and she had and, and I heard some rumbling with them fighting. So I told so when, when I heard the rumbling so in there he came down the steps and he was trying to take my back door um screen door off. And he's pulling it and he almost got like, he almost got it off but I already pushed him I told him you ain't coming in here breaking up, breaking up mommy house. And then, and then he start staying where your man at. Go get him out, I...I'll fight him or something because I told Mark to come on |

1

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

|  |  |
|---|---|
|  | outside. And I looked around I counted all the kids. I got all the kids out the house and put them into one car. So I want a make sure all the kids was safe. And I told Mark to come on outside. Then when he was in the house he go upstairs, he take his bed off. He take his mattress off and throw it outside on the front lawn. He locked the back, um he locked the front door. Then um he said then I had, then, then I told her to come on out the house cause she was like he just, he just bust your tv. I said don't worry about the tv just get out the house. And then um and by that time the, the front stilled locked and I, at the back and all the kids in the car then I go in the house and lock the back door. He out there banging and by that the officers come at the front door. They was like we go around. I said no you can walk right through the house cause he, cause he at, cause, cause he coming in the yard he won't be at, cause he could knocking on the back door. We open the back door and we all tell Maurice to stop. Maurice wouldn't stop. Then, then, then some way towards the dining room, towards as you walking like in the living room they tell Maurice to stop. First we in the kitchen, we all tell Maurice to stop. He keep tussling. He won't stop. Then Maurice lunged towards one of the officers I seen him over in the corner on the dining room floor like right over there on the dining room floor they tussling and Maurice fighting them and fighting Maurice wouldn't stop. Then, then, then as the other officer tried to pull him off of him he throw his hands back and he fighting him to. And he wouldn't stop. Then I seen the officer reach for his gun and then I hollered and then I heard some pop, pop my daughter said it was two that was the only, I thought it was two. You said it was three. And then the next thing I know I in one along crying cause I know he got shot. |
| Det. Burns: | Okay. Um lets, lets go back to the beginning real quick. Um you said that you were, you were at your home. |
| Ms. Holloman: | Yeah. |
| Det. Burns: | And you were having a, a birthday party/cookout? Right you were cooking...... |
| Ms. Holloman: | But it was, it was just a birthday party. |
| Det. Burns: | Just a birthday party? |
| Ms. Holloman: | Yeah we didn't put nothing on the grill. |
| Det. Burns: | Okay. |
| Ms. Holloman: | They went to a um, they went to Glen Burnie ah water park earlier. |

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

| | |
|---|---|
| Det. Burns: | Okay. So you were having a birthday party and it's for your granddaughter? |
| Ms. Holloman: | Yes. |
| Det. Burns: | And what's your granddaughter's name? |
| Ms. Holloman: | Jayla (inaudible). |
| Det. Burns: | Jayla. Okay. And how old is Jayla? |
| Ms. Holloman: | Six today. |
| Det. Burns: | Okay. And who was at the birthday party? Who was in attendance? |
| Ms. Holloman: | It was Jayla, Damya, um Ms. Juan, my daughter, myself ah it, it was little next door and a little boy and I think it was three other little girls. |
| Det. Burns: | Okay. |
| Ms. Holloman: | One of them was the little girl name Jayla to that's in Jayla class. |
| Det. Burns: | Okay. So other then your granddaughter there were five other kids about the same age? |
| Ms. Holloman: | Yeah. |
| Det. Burns: | At the party. |
| Ms. Holloman: | Yes. |
| Det. Burns: | And so you said that you heard glass breaking? |
| Ms. Holloman: | Yes. |
| Det.Burns: | And where did you, did it come from a bedroom window? |
| Ms. Holloman: | It come Maurice's bedroom like where in my backyard his bedroom is in the back. |
| Det. Burns: | Okay. |
| Ms. Holloman: | So even the lady next door we all like what was that. You know because it was a big bling because that mirror is like about the size you know the mirror is big. |
| Det. Burns: | Okay. |
| Ms. Holloman: | So when you hear that, that thick glass bling like that but when I didn't go upstairs and he hit the mirror with his fist cause I could see where the area was when he hit it with his fist. I said why you breaking, break up, break up the mirror like that and then I looked back and I said why you bust up, bust up your tv cause it's like the, the mirror is here, bed is here, the mirror is here on the wall then |

3

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

|  |  |
|---|---|
|  | his, then his, then his night, then his entertainment center is here. And he bust both of them at the same time. And then he was like I hit the tv to. And I was like what's wrong with you. Why are you doing this? You know what I mean. You need to go get some medicine. You can't be in here busting up stuff. |
| Det. Burns: | So he smashed his bedroom mirror which is a large mirror? |
| Ms. Holloman: | Smashed his mirror yeah. |
| Det. Burns: | And he smashed a forty-two inch tv also? |
| Ms. Holloman: | Yes. |
| Det. Burns: | Okay. And then um then he what happened, what happened after that? |
| Ms. Holloman: | Um ah he in his room then I go back upstairs and he in his room and I come back outside. |
| Det. Burns: | Uh huh. |
| Ms. Holloman: | And, and, and try to go head and let the kids try to have a party. |
| Det. Burns: | Okay. |
| Ms. Holloman: | And told him what I told him why can't you wait to after the party is over with then, then I can take you to the hospital. And then he made the, then, then he made the statement that won't you call the police that ah, no, no, no I said why can't you just go willingly? He was like no why can't you call the police. I said why I got to police. Cause he said that I ain't going nowhere. I, I ain't gonna go to the hospital. I said why we got to do it like that. Why can't you just, just, just go to the hospital when the girl party over with. It gonna be over with in a few minutes. |
| Det. Burns: | Right. |
| Ms. Holloman: | So.... |
| Det. Burns: | Was there any other time where you had to call the police on your son? |
| Ms. Holloman: | Yeah when in 2009 my, my son was suffering from he was working at um, he was working at McCormick and Schmitt he was a cook down there. |
| Det. Burns: | Okay. |
| Ms. Holloman: | And he was doing real goo down there he had and he had his own apartment. He was living in, in Parkside Gardens and I didn't know that he was having psych issues until one night I had got a |

4

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

|  |  |
|---|---|
|  | phone call from University of Maryland telling me that they had him on the psych ward and they had him walking down Pennslyvania Avenue turning into Greene Street he was jumping on top of cars and he was butterball naked. And the University Officer cop seen him and brought him into the hospital and he was on psych ward and he was there for a couple of days. And they didn't know um they had him as John Doe and when he was able to get information out of him that's when they got his name and phone number and they called me. And then I went to the hospital and he told them he didn't want a, he didn't want a see me so they um they told me that they couldn't, that I, I couldn't see him because that's what he had requested. And my daughter works there to and she said that was on the floor and she went in there to ask to see him and he then said the same thing about her. So then um somewhere in there he they, they said by the fact that he is an adult and, and, and he and I didn't admit him and all this other stuff due to you know the privacy stuff there but they didn't tell me why he was in there. |
| Det. Burns: | Okay. |
| Ms. Holloman: | Later on talking to him with seeing what happened to him and I asked him said what did they dia…diagnose him having? And he said bipolar. |
| Det. Burns: | Okay. So they diagnose with bipolar disorder? |
| Ms. Holloman: | So yeah he's diagnosed he has bipolar disorder at University of Maryland in 2009. |
| Det. Burns: | Okay. |
| Ms. Holloman: | And then um when somewhere in there he was in there ah about this was like during the summer when he came in house. And then by the winter this was like January or so and he was downstairs frying the um, he was downstairs frying chicken and I had asked him something about when the chicken gonna be ready or whatever. He looked back and said something. And I told him he not gonna be in here disrespecting me getting smart. He said something smart or whatever. Next thing I know he picked up the vase that I had on my dining room table, I mean on living room table. He threw it at me. I ran upstairs and called the police and told them that my son has psych issues and he threw a vase at me and that um, um that then, then, then the person on 911 call told me that they when they get there they have to take him to the hospital. |

5

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

| | |
|---|---|
| Det. Burns: | Uh huh. |
| Ms. Holloman: | And they took him to John Hoopkins Bayview. And he was in there for three days. They called me and told me he would be in there for three days they would release him on his third day. And that um, um next thing I know when he came home that third day he was sitting in my basement way like out back. In my basement way and I told him that you can come on in here but you can't be in here zapping out because you gonna be in there thinking that you don't want a be zapping out on me. I'm not gonna have you where I'm gonna be, be scared in my own house. That ain't gonna happen. You ain't coming in here. Then he went on be like oh I'm a make sure I do what I need to do. So I said well if you need to go and get and get you some medicine. He never wanted to go to the doctors. He never do anything he need to do to, to work on whatever his, his, his issue was and then somewhere in there I thought he was getting better because he was talking about he waiting to go to school to become a conductor. He want a um drive the train and then um he was just got back the papers for us to do his GED cause he said you know I said well you know you gonna have to go back and get your GED if you want a um go to school and become a conductor and then he got up one day talking about he want a be a MMA fighter. |
| Det. Burns: | Okay. |
| Ms. Holloman: | This was like two, like three months ago. |
| Det. Burns: | Okay. |
| Ms. Holloman: | And then he just start doing all this training. And came down to nice size and me and him go up to Montebello Lake and we was walking around the lake and do he do his little exer...exercise and I do mines and then he just start making it a regular habit of eating and doing all he need to and then I even went on the internet where you go to the UFC and you can apply for the application. We put his application and resume out there even though all his is cooking stuff it don't make no difference they ain't paying there way. |
| Det. Burns: | Right. |
| Ms. Holloman: | So he went on and, and then I tell them all everything you know you looking in there and then he was in and then he had um told me ma ah it, it come on Spike and I'm watching it and I'm looking at it and I'm be like you know if I get something told over I wouldn't do it to him well it's different then, then boxing. I don't really approve of boxing either. |

6

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

| | |
|---|---|
| Det. Burns: | Right. |
| Ms. Holloman: | So I definitely don't, don't approve of that. And then, then I'm watching people get the hell beat out of them. Then I was like what you want go do something like that for. And then he was like well I just go be the, be like a, be like a M and A fighter and I can fight for a while. And then I like well don't stay in it to long cause you know how Muhammad Ali was. You know...... |
| Det. Burns: | Right. |
| Ms. Holloman: | ......you don't want to stay in it to, then I told him well you can't keep getting beat like that forever so it ain't no career that you can do for a long length of time then and he was really like even this morning he had got up this morning and he said he went around Montebello and he did his exercises and he called back and told me um don't fix breakfast because he was gonna fix the breakfast for my grandkids and he fixed toast and he fixed cheese eggs and he fixed sausages and everything. And then um and then my grandkids and everything was fine. And then and everything was just fine. |
| Det. Burns: | What time did the party start? |
| Ms. Holloman: | The party had Barbara called me think it was like 4:30. |
| Det. Burns: | Okay. |
| Ms. Holloman: | Barbara called because they was gonna take the ice cream and cake to where they was going but the way the lady fixed that Cutter Kitty wasn't saying up. Barbara said the cake wasn't gonna make, wasn't gonna make the ride. So I told her well don't worry about it um they just like pop up and say alright we want to have the birthday cake, we have the ice cream and cake at your house. And I said well okay well time you'll go out to the water park and come back I can have my backyard and stuff fixed up cause it was like they always do me like half minute you know. |
| Det. Burns: | Right. |
| Ms. Holloman: | So soon as they was coming to pick the girls up to take them to the water park that's when I found out they was have some ice cream and cake at my house. So I said okay. So I went out back and got the table clothes set them on the table. Got everything decorated and then when Barbara called was like ma I um I'm on my way there in a few minutes. I said okay. So I got, so I had the yard all ready then we set the table up and everything was look, was so pretty for cake. And um Barbara had the little things on the table to |

7

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

|  |  |
|---|---|
|  | go, to compliment the cake and all that other stuff and it was just fine. And he just came and he looked out back an seen us having a party then he went upstairs and he was like somebody come, coming over, always coming over messing with stuff. I was who messing with stuff I took the lighter off your dresser to go light the candle on the birthday cake. I said here go the lighter right here what's wrong with you. No somebody coming in my room cause I didn't have this I had another lighter in there and that ones not up there. What, what are you talking about? So then when, when the bling happened it was like we was all outside in the yard. |
| Det. Burns: | Okay. |
| Ms. Holloman: | Then I don't know. |
| Det. Burns: | So after that you, you went and to confront him and see what was going on and he, he said to you why don't you call the police cause you did before? |
| Ms. Holloman: | Yes. |
| Det. Burns: | And so you... |
| Ms. Holloman: | He didn't want a go willingly. |
| Det. Burns: | Right. |
| Ms. Holloman: | So.... |
| Det. Burns: | And so you try to convince him to ah just calm down to after the party and you guys can visit the hospital together? |
| Ms. Holloman: | Yeah, yes. |
| Det. Burns: | And when he didn't, did you went downstairs you said to try to gather up the party and end it? |
| Ms. Holloman: | Yeah when he, he that he was just up there. And then next thing he know when, when, when Barbara came in because they already we was getting ready to about to clean up anyway. Barbara had in and Barbara said ma you got the top to the ice cream and I was like yeah. And then she had the ice cream so he was coming into the kitchen. The little boy was asking for some ice water and I was like um let me get the cups and look for the cups. Ah of course I got the cups and I was like we gonna get everybody get ice cream and ice that ice cream can make you thirsty so. |
| Det. Burns: | Right. |
| Ms. Holloman: | Let me get it, cause we gonna have to give everybody ice water. So I'm getting ready to go back in the freezer to get the ice. So |

8

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

|  |  |
|---|---|
|  | Barbara had told him why you in here up there busting up your stuff like that. Oh well its mine. I can bust it up do what I want a she was like yeah but it's in mommy house you ain't gonna be in here zapping out like this in mommy house what you in here gonna be busting up, up, up stuff or you need to chill. |
| Det. Burns: | Right. |
| Ms. Holloman: | So then um him and Barbara had some words and I got the little boy and said come get kids out of the house. So I got him and next thing I know I'm went and look back and had some little, I had the little, I had the littlest one by her hand and then I said where Ms. Juan at and told my youngest granddaughter, I mean told my oldest granddaughter she eight. |
| Det. Burns: | Uh huh. |
| Ms. Holloman: | Told, told Demya, I said Demya go get in Ms. Juan car. And she already had Jayla and the other little people that was there. and um Pam took Jayla little girlfriend home in her class home earlier so she wasn't there at all. And then the um.... |
| Det. Burns: | Was there a time where there was a altercation between your daughter and your son? |
| Ms. Holloman: | Yeah when he went upstairs, when, when somewhere in there when he went upstairs and I, when she brought in the ice cream and I told her ah something about he did something to the ah he bust the tv and she, she in there was putting, him and him, him and her was having a that she fussing telling him he don't need to be in there busting up the stuff he need to get his self some help. Then I heard some tussling upstairs and they was, they was up there fighting. Then somewhere in there Barbara must a fought him off to where she comes down, to where she comes downstairs then as I told Barbara that, that to come on he's, he's grabbed my, he grabbed my, he grabbed my um ah oh he grabbed my screen door to my back door. |
| Det. Burns: | Okay. |
| Ms. Holloman: | And he's pulling on it and.... |
| Det. Burns: | He trying rip it right off the frame? |
| Ms. Holloman: | Yeah he trying to rip it off the frame. |
| Det. Burns: | And this is after he fought your daughter? |
| Ms. Holloman: | After he fought my daughter. |
| Det. Burns: | Was your daughter injured? |

9

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

| | |
|---|---|
| Ms. Holloman: | No somewhere in there that somewhere in there no Margaret wasn't hurt where she bleeding or anything. |
| Det. Burns: | Okay. |
| Ms. Holloman: | And she came down the steps and then he was hollering go, go get your man, go get your man outside. He tell him go get him. |
| Det. Burns: | Who was he talking to then? |
| Ms. Holloman: | He was talking about Bam. That was, that's the, that's the guy was in the room that I asked about my car keys. |
| Det. Burns: | Okay. |
| Ms. Holloman: | That's Jayla father. |
| Det. Burns: | Okay. |
| Ms. Holloman: | So he was saying, he was is and he was then he was saying get your (inaudible) talking about Jayla father. And um so I told Ms. Juan she was calling for Bam, for Bam to come and I told Ms. Juan don't call Bam because if he saying go get your man that means when he see Bam he gonna be ready to fight back. So I said, so don't, so don't call Bam or anyone new cause they come he ready to fight. Just like bam and when he took the when I looked at the door it's like the two screws and the, that the two screws was out of the wall. They was out for the wall. That's why I know when I called that back door cause if he kept saying about him being a MMA fighter and, and, and I and, and we I got tickets to go to Las Vegas from June the 20th to June 25th and it'll been my first time going and I didn't want a go myself and he was like ma I'm a, I'll go with you. So we had, had, had these tickets I think since April. And then he was saying that they got something at the time that when we go at, at the, at the UFC that they was taking on amateur and got a stake and he already have his application online he would be able to go and they would be to pull it up. He would be able to do the fighting the thing you got to do to get in house or something he was explaining to me. |
| Det. Burns: | Right. |
| Ms. Holloman: | And then all this and even this morning he was like yeah we ain't got long mommy before we go to Las Vegas and I be getting, I be getting myself ready because he had already went to Las Vegas um to winters ago like for his birthday. He, he, he went back in October. He went like for the whole week of October three days |

10

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

|              |              |
|---|---|
| | before and three days after his, his birthday and there. Cause I got two relatives live up there. So he was like yeah ma that's, that's the same flight that I took up there is the same flight that we take. I said okay. Never did I know it would be like this. |
| Det. Burns: | Right, right. |
| Ms. Holloman: | It ain't start off like this no way in there. You know what I'm saying the boy get I mean he gets up, he do his little work out that he do cause I noticed when I got up it was like eight o'clock. Cause I'm telling Barbara the phone ring like eight o'clock I was like wow he starting early on a Saturday morning they ringing already. And then my granddaughter both of them was in my bed sleep so I get up to go the bathroom and look in his room and he gone already. Then he call back like um ma don't fix them no breakfast cause I'm coming to fix breakfast for Jayla it's her birthday. |
| Det. Burns: | Right, so after he, after he ah fit he was ripping off the door the screen door what happened after that? |
| Ms. Holloman: | He ripped of the screen door um |
| Det. Burns: | Is that when he pulled his matteress out of the house? |
| Ms. Holloman: | He pulled his mattress out, out of the house yeah after. |
| Det. Burns: | Okay. |
| Ms. Holloman: | After because after he pulled ripped up the screen door. |
| Det. Burns: | He kicked your tv also right? |
| Ms. Holloman: | This is the deal when Barbara had front door locked because he took after him and her altercation upstairs he comes downstairs. He goes back upstairs he take his mattress off the bed and throw it out on the front lawn and rip up the top part of the mattress. He just brought that like two, like two months ago cause it seven hundred dollars boxspring and mattress and he just took it and …. |
| Det. Burns: | So he pulled it downstairs? |
| Ms. Holloman: | I didn't see how it got out there. |
| Det. Burns: | Okay. |
| Ms. Holloman: | All I know is that when I looked out back I mean when I looked out front the mattress was on the floor and the mattress…. |
| Det. Burns: | And he was tearing it up? |

11

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

| | |
|---|---|
| Ms. Holloman: | No, no, no the mattress was on the ground and he had ripped off the...... |
| Det. Burns: | The pillow top? |
| Ms. Holloman: | Yeah but he... |
| Det. Burns: | Okay. |
| Ms. Holloman: | ....ripped off the material only thing was down there was the foam. |
| Det. Burns: | Oh wow. |
| Ms. Holloman: | Cause it was one of them um |
| Det. Burns: | Memory foams? |
| Ms. Holloman: | Yeah. |
| Det. Burns: | Okay. |
| Ms. Holloman: | He ripped off the material and only thing was on the ground was the mattress. Was the foam and you see the separate I seen the balled up material on one side and I seen the mattress. And um..... |
| Det. Burns: | When do you lock him out of the house? |
| Ms. Holloman: | Barbara locked him out of the front door already when the, why the mattress was outside on the lawn. |
| Det. Burns: | Okay. So he was tearing up the mattress. |
| Ms. Holloman: | Right. |
| Det. Burns: | She locked the door? |
| Ms. Holloman: | Right. So why he was tearing up the mattress she locked the door. Then she like he and somewhere in there he went from I didn't see my tv. I didn't see him hit the tv she told me that he just knocked your tv on the ground and I locked him out front because he just took his mattress and took out front and tore it up. So when he went out, so somewhere in there he must a did the combination where he must a hit my tv. Went upstairs and got his mattress and when he went outside to go tear up that mattress on the lawn Barbara locked, Barbara locked the front door. |
| Det. Burns: | Okay. |
| Ms. Holloman: | Then I now I'm at the back telling her to come on out by that time the front door was locked. I was out near my van and I called 911 and when and, and when I go back into the house and that when um by the front door being locked that's when I see him coming around back. |

12

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

| | |
|---|---|
| Det. Burns: | Did he kick on the front door at all? |
| Ms. Holloman: | Yeah he kept kicking on the front door. |
| Det. Burns: | Okay. |
| Ms. Holloman: | He was kicking on, he was kicking on the front door until he was just then Barbara said he can keep on kicking it cause he ain't getting in because this front door locked. So then that's when I looked the window and see his mattress on the lawn. Then, then he goes around, he, then he, then he say he coming in but he coming around the back now. |
| Det. Burns: | Okay. |
| Ms. Holloman: | Then somewhere in there when Barbara and him was having the altercation that's when I made sure all the kids got outside and had got out the yard and in, and into the car. And then I'm um somewhere in there after when Barbara had the altercations and he do whatever then um when he I think he did pull on the door first somewhere in there, somewhere in there he was telling after had him, after him and Barbara had the altercation had the altercation that's when he was pulling on the back door and almost pulled it off, off the hinges, pull off the screen door pull it off the hinges like the top part off the hinges. |
| Det. Burns: | Okay. So when he was coming up the back alley what, what did you begin to do? |
| Ms. Holloman: | When he was coming up the back alley and I was in the yard I went in the, went in the, went in the house I mean I he was coming up the back alley I went in the house. And, and I locked the back door. |
| Det. Burns: | Okay. So you lock yourself in? |
| Ms. Holloman: | Yeah. I lock myself in. |
| Det. Burns: | Were there any, were there any kids present when he was coming or they were gone? |
| Ms. Holloman: | No we made sure they was all in the car. |
| Det. Burns: | Okay. Where was the car parked at? |
| Ms. Holloman: | Yeah. The car was parked out back. |
| Det. Burns: | Okay. At right, right behind the alley, right behind the house? |
| Ms. Holloman: | Right behind the house. |

13

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

| | |
|---|---|
| Det. Burns: | Okay. So they're everybody was in the car and he was coming up the alley and you…. |
| Ms. Holloman: | All the kids and Ms. Juan was in the car. |
| Det. Burns: | Okay. And so you…. |
| Ms. Holloman: | And he, he was coming up the alley. |
| Det. Burns: | You ran inside the house? |
| Ms. Holloman: | And I, and I ran in the house and I locked the back door. |
| Det. Burns: | Okay. |
| Ms. Holloman: | Once I locked the back was, once I locked the back door um by that time he was like one like a couple by that time he was knocking on the back door that's, that's when the cops was coming. |
| Det. Burns: | Was he knocking or kicking or anything what was he doing to the back door? |
| Ms. Holloman: | He was kicking to the back door. |
| Det. Burns: | Okay. So he was trying to kick his way into the house? |
| Ms. Holloman: | Yeah he was kicking, yeah but he was those are like steel doors. |
| Det. Burns: | Right. |
| Ms. Holloman: | But he was kicking the hell out the door. He was kicking the door then when the cop came in they said what's his name. I told him he got psych issues and he had zapped out and um he said what's his name? I said Maurice and then he was kicking on the back door so the officer opened the back door and my daughter and me and the two officers all in the bundle around Maurice. And Maurice moving about we telling him to calm down, calm down. And I said Maurice stop. But I did tell the officer when he come in the front when because I knew by that time we seen him when he pulled up. |
| Det. Burns: | Right. |
| Ms. Holloman: | Because I'm in the, because, because, because we seen him when he pulled up cause I unlocked the front eventually. And we seen him pull up an when they come I told them what was going on and I told him that I know he wasn't gonna stop and that, and that you might have I know he wasn't gonna stop, don't shot him but just taze him cause I do know tazing make him stop. |
| Det. Burns: | Right. |

14

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

| | |
|---|---|
| Ms. Holloman: | Well but don't shot him. Then when they opened the door they was trying to say Maurice, everybody hollering Maurice calm down and Maurice just looked at them and when I looked he had just start lunging him. |
| Det. Burns: | Did you mean he punched him? He punched the officer? |
| Ms. Holloman: | Yeah, he punched him like we got like my house is made this is the kitchen, this is the dining room and this is the living room. So we asked Maurice to calm down all the way to the dining room. Maurice calm down. Maurice pulling then I thought they were gonna start in the dining room. |
| Det. Burns: | Uh huh. |
| Ms. Holloman: | But they didn't the fight was in the dining room and I was like I ain't gonna have no little house cause I got like glass on top of my dining room table so I thought they was gonna start fighting right there cause I know Maurice wasn't gonna stop either and then cause I know when he go to, when, when um then he, then we got in the dining room Maurice wouldn't stop then like the dining room, living room you know it's like that it's all run together. |
| Det. Burns: | So the fights inside your house? |
| Ms. Holloman: | Yeah. He lunged at him. Yeah he lunged into like the dining room. From the dining room he's fighting he like got the man down and he's fighting him and he, he wouldn't stop. And the other officer trying to stop and he lunged back at him. |
| Det. Burns: | Was he on top of the officer? |
| Ms. Holloman: | Yeah he was on top. |
| Det. Burns: | Was he straggling the officer? |
| Ms. Holloman: | He however he had him it was like the officer was here, he, he was like here. And he and then when he was fighting him he wouldn't stop. |
| Det. Burns: | Right. |
| Ms. Holloman: | And then I couldn't see nothing but Maurice arms. |
| Det. Burns: | Okay. |
| Ms. Holloman: | And the officer is still on the bottom. Maurice on top the other officer on top of him it was like they over here in the corner. Maurice like this. |
| Det. Burns: | Right. |

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

| | |
|---|---|
| Ms. Holloman: | But on his knees or whatever they all like right here in the corner and Maurice wouldn't stop and when he try to pull on Maurice start doing this. |
| Det. Burns: | He try to okay. So he pushing the other officer away? |
| Ms. Holloman: | Like he's he fighting off a fighter he was doing this and then doing this and then somewhere in there I see the officer just get a hold of him some kind of way or they doing something and then next thing I know when he come lunged his self towards this way at that officer. |
| Det. Burns: | Right. |
| Ms. Holloman: | That's the one who shot him. That's the one who I see arm go up. Cause the one on the ground he couldn't. |
| Det. Burns: | Right. He couldn't do he was okay. |
| Ms. Holloman: | Right see and then some way… |
| Det. Burns: | Okay. Did you see any blood? |
| Ms. Holloman: | I didn't see anything. When I saw was one cop on the bottom. Maurice on the top. |
| Det. Burns: | Uh huh. |
| Ms. Holloman: | Another cop over top of him trying a pull him off and I'm hollering to Maurice to stop. And then somehow or another like Maurice looked up and I see a arm go up and I see the other officer arm come down. Then I see his arm come up again but see this arm go like this like the second time. |
| Det. Burns: | Right. |
| Ms. Holloman: | And then I hollered and then I go and I say oh my god. And this like all happened you know what mean….. |
| Det. Burns: | Right. |
| Ms. Holloman: | ……the same time I saying oh my god the same time the ah then I heard. Then I heard pow and then I go outside on the lawn and then I hear pow. I don't know if it was pow pow once I got outside but somewhere or another from my house I got a porch. |
| Det. Burns: | Right. |
| Ms. Holloman: | And then it's the lawn. |
| Det. Burns: | Okay. Describe your son to me, how old is he Maurice? |

16

Statement of Marcellus Hollman
Police Involved Shooting / cc# 124E9353
3529 Elmora Avenue

| | |
|---|---|
| Ms. Holloman: | Maurice is thirty-one years old. He say he weigh a hundred and, and he said fifty-six pounds or sixty-five pounds. |
| Det. Burns: | Okay. How tall is he? |
| Ms. Holloman: | He um 5'11", when I hug him my head come right here. |
| Det. Burns: | Okay. |
| Ms. Holloman: | Probably like 5'11" he not six feet. |
| Det. Burns: | Okay. |
| Ms. Holloman: | He just 5'11" |
| Det. Burns: | So it's a slim guy, he in shape? |
| Ms. Holloman: | Yeah. |
| Det. Burns: | Okay. Um and so after the police arrive and everybody else you were, you were transported here? |
| Ms. Holloman: | Yeah then he when, when I he in the resume put that you know that pick thing he said he would be a welterweight. |
| Det. Burns: | Okay. Okay. Um alright Marcella is there anything else you can, you can add? |
| Ms. Holloman: | No. |
| Det. Burns: | Okay. And do you have any questions of me? |
| Ms. Holloman: | No. |
| Det. Burns: | Okay. Ah okay you are aware this statements being taped? |
| Ms. Holloman: | Yes. |
| Det. Burns: | Okay. And you're doing it voluntarily? |
| Ms. Holloman: | Yes. |
| Det. Burns: | Are you under the influence of any drugs or alcohol? |
| Ms. Holloman: | No. |
| Det. Burns: | Okay. That will conclude our statement. It is the 19[th] of May 2012 at 1838 thank you. |
| | |
| Transcribed by: | Bonita Brown / Homicide Section / June 10, 2012 |

17