Corrected Notice

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 AUG 21  AM 10: 44

CLERK'S OFFICE
AT BALTIMORE

BY _W_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Marcella Holloman  *

Plaintiff

vs.  *   Civil Action No. __CCB-14-01516__

Paul Markowski  *

Defendant

\*\*\*\*\*\*

## NOTICE OF APPEAL

Notice is hereby given that (fill in names of **all** parties who are appealing) __Marcella Holloman__, plaintiff(s)/defendant(s) in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the (*circle one*) order/judgment entered in this case on __July 22, 2015__.

__August 6, 2015__
Date

_Marcella Holloman_ (signature)
Signature

Marcella Holloman
Name (Print or Type)

3531 Elmora Avenue
Address

Baltimore, Maryland 21213
City/State/Zip

_____
Phone No.                    Fax No.

Notice of Appeal - Civil (Rev. 01/2001)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**MARCELLA HOLLOMAN**

    Plaintiff,

v.                                    CASE NO. CCB 14-01516

**STEPHANIE RAWLINGS-BLAKE**, et al.

    Defendants.

### CERTIFICATE REQUIRED UNDER RULE 10 (b)(1)(B)

As contained in the Local Rules of Appellant Procedure under Rule 10 (b)(1)(B), Appellee, Marcella Holloman hereby submits that no transcript will be ordered in the above captioned matter, as no opportunity for a hearing to be conducted in the proceedings was provided.

                                                    Submitted,

                                                    *Marcella Holloman*

                                                    Marcella Holloman
                                                    3531 Elmora Avenue
                                                    Baltimore, Maryland 21213

## CERTFICATE OF SERVICE

I hereby affirm that a copy of the accompanying certificate has been mailed to counsel for defendant, at the address listed below, via first class, postage prepaid by the United States postal service this 20th day of August, 2015.

Peter Woodward Sheehan
**WHITEFORD, TAYLOR, & PRESTON, LLP**
7 Saint Paul Street
Baltimore, Maryland 21202
Attorneys for Appellant,

Submitted,

Marcella Holloman
3531 Elmora Avenue
Baltimore, Maryland 21213